# ENTWISTLE & CAPPUCCI

Entwistle & Cappucci LLP
280 Park Avenue
26th Floor West
New York, NY 10017

(212) 894-7200 Main
(212) 894-7272 Fax
www.entwistle-law.com

December 14, 2015

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *In re Volkswagen "Clean Diesel" Liability Litigation*, 15-cv-7561 (PKC)

Dear Judge Castel:

    We are Interim Co-Liaison Counsel for Plaintiffs in the above-referenced action and write in connection with today's letter from counsel for Volkswagen Group of America, Inc. (ECF No. 44).

    We share Volkswagen's understanding that the Initial Conference scheduled before Your Honor for December 22, 2015 will not proceed, unless the Court otherwise advises, given the conditional transfer of the coordinated actions to the Honorable Charles R. Breyer of the United States District Court for the Northern District of California.

    Thank you for all of your assistance in this case. We of course remain available at the Court's convenience should Your Honor have any questions or need additional information. Wishing you a happy holiday season.

Respectfully submitted,

ENTWISTLE & CAPPUCCI LLP

Andrew J. Entwistle

cc:    All counsel of record via ECF