UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
| | |
|---|---|
| Fonte v. Volkswagen | 15 Civ. 7561 (PKC) |
| Willingham v. Volkswagen | 15 Civ. 7633 (PKC) |
| Scafuri v. Volkswagen | 15 Civ. 7757 (PKC) |
| Austin v. Volkswagen | 15 Civ. 7806 (PKC) |
| Gee v. Volkswagen | 15 Civ. 8628 (PKC) |

-----------------------------------------------------------x

CASTEL, U.S.D.J.

        In view of the MDL transfer, the conference scheduled for December 22, 2015 at 2:00 p.m. is vacated.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
December 15, 2015